UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIO CESAR CHANG<br><br>      Defendant. | )<br>)<br>)<br>)  Case No. 1:21-mj-00613<br>)<br>)<br>)<br>) |

### *PRO HAC VICE* DECLARATION OF JOSEPH S. ROSENBAUM

I, Joseph S. Rosenbaum, make the following declaration in support of the Motion for *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1. My full name is Joseph S. Rosenbaum.

2. My office address is 40 N.W. 3rd St, Suite 200, Miami, Florida 33128, with a telephone number of (305) 446-6099.

3. I am a member in good standing of the Florida Bar, as well as admitted to practice in the Southern District of Florida and Middle District of Florida District Courts.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Dated:  November 4, 2021    Respectfully submitted,

                  By:  /s/ Joseph S. Rosenbaum
                  Joseph S. Rosenbaum, Esq.
                  Florida Bar No.: 240206
                  ROSENBAUM & ACEVEDO, LLP
                  40 NW 3rd Street, Suite 200
                  Miami, Florida 33128
                  Tel. (305) 446-6099
                  Fax. (305) 675-6156
                  jsr@rosenbaumacevedolaw.com