AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

} FLA. BAR **240206**

I, **ANGELA E. NOBLE**, Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that ***Joseph Steven Rosenbaum*** was duly admitted to practice in said Court on **December 18, 1979**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida,** this **25** day **of October, 2021.**

**ANGELA E. NOBLE**
Court Administrator • Clerk of Court

By: _____
Deputy Clerk