UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:21-mj-00613 |
| JULIO CESAR CHANG | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF ERRATA

Undersigned counsel respectfully submits this errata to its *Pro Hac Vice* Declaration of Joseph S. Rosenbaum, which was filed on November 8, 2021 [D.E. 10], in order to correct an inadvertent clerical error. The *Pro Hac Vice* Declaration of Joseph S. Rosenbaum was submitted with an electronic signature, as per the Court's local rule the declaration must have an original signature. Undersigned counsel is concurrently filing a corrected *Pro Hac Vice* Declaration of Joseph S. Rosenbaum that corrects this mistake and makes no other changes.

Dated: November 28, 2021

Respectfully submitted.

By: _____
Joseph S. Rosenbaum, Esq.
Florida Bar No.: 240206
ROSENBAUM & ACEVEDO, LLP
40 NW 3rd Street, Suite 200
Miami, Florida 33128
Tel. (305) 446-6099
Fax. (305) 675-6156
jsr@rosenbaumacevedolaw.com