## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:21-mj-00613 |
| **JULIO CESAR CHANG** ) | |
| ) | |
| **Defendant.** ) | |

### *PRO HAC VICE* DECLARATION OF JOSEPH S. ROSENBAUM

I, Joseph S. Rosenbaum, make the following declaration in support of the Motion for *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1. My full name is Joseph S. Rosenbaum.

2. My office address is 40 N.W. 3rd St, Suite 200, Miami, Florida 33128, with a telephone number of (305) 446-6099.

3. I am a member in good standing of the Florida Bar, as well as admitted to practice in the Southern District of Florida and Middle District of Florida District Courts.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Dated: November 24, 2021

Respectfully submitted,

By: _____
Joseph S. Rosenbaum, Esq.
Florida Bar No.: 240206
ROSENBAUM & ACEVEDO, LLP
40 NW 3rd Street, Suite 200
Miami, Florida 33128
Tel. (305) 446-6099
Fax. (305) 675-6156
jsr@rosenbaumacevedolaw.com