# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-MJ-613-GMH** |
| v. : | |
| : | |
| **JULIO CESAR CHANG,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);

2. Memorandum Regarding Status of Discovery as of August 23, 2021;

3. Memorandum Regarding Status of Discovery as of September 14, 2021;

4. Memorandum Regarding Status of Discovery as of October 21, 2021; and

2

5. Memorandum Regarding Status of Discovery as of November 5, 2021.

> Respectfully submitted,
> MATTHEW M. GRAVES
> United States Attorney
> DC Bar No. 481052

By:     /s/ *Emily A. Miller*                By:     /s/ *Robert Juman*
     EMILY A. MILLER                         ROBERT JUMAN
     Capitol Breach Discovery Coordinator      Assistant United States Attorney
     DC Bar No. 462077                         Bar No. NJ 033201993
     555 Fourth Street, N.W., Room 5826       United States Attorney's Office, Detailee
     Washington, DC 20530                    555 Fourth Street, N.W.
     Emily.Miller2@usdoj.gov                 Washington, DC 20530
     (202) 252-6988                           Phone: (786) 514-9990
                                                   E-mail: Robert.juman@usdoj.gov