UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : CASE NO. 21-CR- 703 (RDM) |
| | : |
| | : |
| **JULIO CESAR CHANG,** | : |
| | : |
| **Defendant.** | : |
| | : |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Julio Cesar Chang, by and through his attorney, Joseph Rosenbaum, now submit this joint status report, requested by the Court at the last status hearing on February 7, 2022.

1. At the last hearing, the government discussed the state of both global discovery and case-specific discovery in this matter. Case-specific discovery has been produced. Since the last hearing, the government has made three additional global productions, and has made all prior global productions available on the defense instances of Relativity and Evidence.com. At this juncture, over 46,000 files to the Relativity database and over 24,000 video files have been disclosed to the defense in global discovery.

2. In the near future, the government expects to make additional global productions, which should include, *inter alia*, the scoped results of search warrants conducted on other Capitol Siege defendant's electronic devices and social media accounts, recorded

custodial interviews of Capitol Siege defendants, and additional materials in the custody and control of the FBI.

3. The government is willing to continue discussions regarding disposition of this matter, and a plea offer extended on December 3, 2021 is outstanding.

4. The government and the defense have had conversations regarding a possible plea in this matter and will continue to work to determine if this case can be resolved short of trial. No agreement has been reached thus far, however, and a plea does not appear imminent.

5. Given the additional discovery recently produced, outstanding global discovery expected in the coming weeks, and possible re-entry into plea negotiations, the parties ask for an additional 60 days to work towards a resolution in this matter.

6. Therefore, the parties ask for leave to submit another joint status report on June 3, 2022. If the parties have reached a decision regarding disposition of this matter, the parties will file prior to this date.

7. The parties agree that, due to outstanding discovery and ongoing plea negotiations, the ends of justice would be served by exclusion of time under The Speedy Trial Act until the next filing before this Court on June 3, 2022. Mr. Chang waives his rights under the Speedy Trial Act and agrees to the exclusion of time for the period from today's status report through June 3, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: _____/s/_____
ROBERT JUMAN
Assistant United States Attorney
Capitol Siege Section, Detailee
Bar No. NJ 033201993
United States Attorney's Office, Detailee
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (786) 514-9990
E-mail: Robert.juman@usdoj.gov