UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 21-CR-703-RDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO CESAR CHANG,

    Defendant.

_____/

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Julio Cesar Chang, by and through undersigned counsel, now submit this Joint Status Report, ordered by the Court after the last status report on January 31, 2023.

1. Since the last conference, there was some additional production of global discovery.

2. Undersigned counsel contracted COVID during the month of February which caused him to be out of the office for over two weeks.

3. The Government and undersigned counsel have engaged in several discussions regarding a plea in this matter and will continue to confer for a possible resolution.

4. Given undersigned counsel's unavailability due to COVID and need to finalize plea negotiations and meet with AUSA Robert Juman, the parties ask for an additional 30 days to work towards a resolution in this matter.

5. The parties agree that due to outstanding discovery and ongoing plea negotiations, the ends of justice would be served by the exclusion of time under The Speedy Trial Act from today until the next filing is due before this Court.  Mr. Chang waives his rights

under The Speedy Trial Act and agrees to the exclusion of time for the period from today's status report through the next date set by the Court.

WHEREFORE, the parties ask for leave to submit another joint status report on April 3, 2023. When the parties have reached a resolution of this matter, the parties will notify the Court prior to this date to set it for a Change of Plea.

| | |
|---|---|
| Dated: March 2, 2023. | Respectfully submitted, |
| | By: */s/ Joseph S. Rosenbaum* |
| | Joseph S. Rosenbaum, Esq. |
| | Florida Bar No. 240206 |
| | |
| | ROSENBAUM & ACEVEDO, LLP |
| | 100 S.E. 2nd Street, Suite 3400 |
| | Miami, Florida 33131 |
| | Tel. (305) 446-6099 |
| | Fax (305) 675-6156 |
| | jsr@rosenbaumacevedolaw.com |