| | | | | |
|---|---|---|---|---|
| **Cases in which the government recommended a probation sentence with home detention.** | | | | |
| Reimler, Nicholas | 1:21-CR-00239-RDM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution |
| Colbath, Paul | 1:21-CR-00650-RDM | 40 U.S.C. § 5104(e)(2)(G) | 3 months' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>36 months'probation<br>60 hours' community service<br>$500 restitution |
| Lentz, Nicholes | 1:22-CR-00053-RDM | 18 U.S.C. § 1752(a)(1) | 60 days' home detention<br>36 months' probation | 30 days' home detention<br>36 months' probation<br>100 hours' community service<br>$500 restitution |
| Daughtry, Michael | 1:21-CR00141-RDM | 18 U.S.C. § 1752(a)(1) | 4 months' home detention<br>36 months' probation<br>$500 restitution | 60 days' home detention<br>36 months' probation<br>$500 restitution |
| McFadden, Tyrone | 1:21-CR-00248-RDM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention<br>24 months' probation<br>60 hours' community service<br>$500 restitution |

| Mileur, Aaron | 1:21-CR-00248-RDM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention 24 months' probation<br>60 hours' community service<br>$500 restitution |
| --- | --- | --- | --- | --- |
| Williams, Carrie | 1:21-CR-00248-RDM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' home detention<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 30 days' home detention 24 months' probation<br>60 hours' community service<br>$500 restitution |
| Cases in which the government recommended a sentence of incarceration. | | | | |
| Hodgkins, Paul | 1:21-CR-00188-RDM | 18 U.S.C. § 1512(c)(2) | 18 months' incarceration | 8 months' incarceration<br>24 months' supervised release<br>$2000 restitution |
| Jackson, Micajah | 1:21-CR-00484- RDM | 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration<br>36 months' supervised release<br>$500 restitution | 36 months' probation<br>$1,000 fine<br>$500 restitution |
| Miller, Matthew | 1:21-CR-00075- RDM | 18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 111(a)(1) | 51 months' incarceration<br>36 months' supervised release | 33 months' incarceration<br>24 months' probation<br>$2000 restitution<br>100 hours' community service |

| Denney, Lucas | 1:22-CR-00070- RDM | 18 U.S.C. § 111(b) | A term of incarceration in the middle of the guideline range<br>36 months' supervised release | 52 months' incarceration<br>36 months' supervised release |
|---|---|---|---|---|
| Suleski, Ryan | 1:21-CR-00376- RDM | 18 U.S.C. § 1752(a)(1)<br>18: U.S.C § 641 | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 60 days' incarceration<br>60 hours' community service<br>$500 restitution |
| Munger, Jeffrey | 1:22-CR-00123- RDM | 40 U.S.C. § 5104(e)(2)(G) | 36 months' probation<br>4 months' home detention<br>60 hours' community service<br>$500 restitution | 30 months' probation<br>60 hours' community service<br>$500 restitution |
| Byerly, Alan | 1:21-CR-00527- RDM | 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 113(a)(4) | 46 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 34 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |

| | | | | |
|---|---|---|---|---|
| Presley, Ronnie | 1:21-CR-257-RDM | 18 U.S.C. § 231(a)(3) | 16 months' incarceration<br>12 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>26 months' supervised release<br>$2,000 restitution |
| Montalvo, Matthew | 1:22-CR-00146-RDM | 40 U.S.C. § 5104(e)(2)(G) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>3 months' home detention<br>$5,000 fine<br>$500 restitution |
| Faulkner, Luke | 1:21-CR-00725-RDM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' probation<br>30 days' home detention<br>60 hours' community service<br>$500 restitution |

| Cramer, Country | 1:22-CR-00339- RDM | 40 U.S.C. § 5104(e)(2)(G) | 7 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 48 months' probation<br>45 days' home detention<br>60 hours' community service<br>$500 restitution |
|---|---|---|---|---|
| Cramer, Eric | 1:22-CR-00339- RDM | 18 U.S.C. § 1752(a)(2) | 30 days' incarceration<br>36 months' probation<br>60 hours' community service | 8 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution |
| Weibling, Adam | 1:21-CR-00644- RDM | 40 U.S.C. § 5104(e)(2)(G) | 14 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 24 months' incarceration<br>30 days' home detention<br>60 hours' community service<br>$500 restitution |

| Dressel, Joshua | 1:21-CR-000572- RDM | 40 U.S.C. § 5104(e)(2)(G) | 45 days' incarceration<br>36 months' probation | 14 days' incarceration<br>$500 restitution |
|---|---|---|---|---|
| Vargas Santos, Hector | 1:21-CR-000047- RDM | 18 U.S.C. § 1752(a)(1);<br>18 U.S.C. § 1752(a)(2);<br>40 U.S.C. § 5104(e)(2)(D);<br>40 U.S.C. § 5104(e)(2)(G); | 21 days' incarceration<br>12 months' supervised release<br>$500 restitution | 4 months' incarceration<br>12 months' supervised release<br>$500 restitution |
| Mink, Jorden | 1:21-CR-000025- RDM | 18 U.S.C. § 641;<br>18 U.S.C. § 2(a) | 64 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 51 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Harris, Johnny | 1:21-CR-00274- RDM | 18 U.S.C. § 1752(a)(2) | 12 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 7 months' incarceration<br>12 months' supervised release<br>$500 restitution |

| | | | | |
|---|---|---|---|---|
| Steele-Smith, Melody | 1:21-CR-00077- RDM | 18 U.S.C. § 1752(a)(1) | 60 days' incarceration<br>36 months' probation<br>60 hours' community service<br>$500 restitution | 90 days' incarceration<br>36 months' probation<br>$500 restitution |
| Smith, Justin Michael | 1:22-CR-00157- RDM | 40 U.S.C. § 5104(e)(2)(G) | 90 days' incarceration<br>36 months' supervised release<br>60 hours' community service<br>$500 restitution | 36 months' probation<br>$500 restitution |
| Cua, Bruno | 1:21-CR-00107- RDM | 18 U.S.C. § 111(a)(1) | 57 months' incarceration<br>36 months' supervised release<br>$2,000 restitution | 12 months' incarceration<br>36 months' supervised release<br>$2,000 restitution |
| Grace, Jeffrey | 1:21-CR-00296- RDM | 18 U.S.C. § 1752(a)(1) | 6 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$500 restitution | 75 days' incarceration<br>12 months' supervised release<br>$500 restitution |

| Maimone, Debra | 1:21-CR-00289- RDM | 18 U.S.C. § 641;<br>18 U.S.C. § 1752(a)(1) and (2);<br>40 U.S.C. § 5104(e)(2)(D) and (G) | 3 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$1,806 restitution | 24 months' supervised release<br>$1,806 restitution |
| --- | --- | --- | --- | --- |
| Vogel, Philip | 1:21-CR-00289- RDM | 18 U.S.C. § 641;<br>18 U.S.C. § 1752(a)(1) and (2);<br>40 U.S.C. § 5104(e)(2)(D) and (G) | 5 months' incarceration<br>12 months' supervised release<br>60 hours' community service<br>$1,806 restitution | 30 days' incarceration<br>24 months' supervised release<br>$1,806 restitution |