UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-cr-703 (RDM) |
| v. | : | |
| | : | |
| JULIO CHANG, | : | |
| | : | |
| Defendant | : | |

## GOVERNMENT'S RESPONSE TO MOTION FOR EARLY TERMINATION OF PROBATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response in opposition to Defendant's Motion for Early Termination of Probation (ECF No. 47).

The government opposes this motion. While Mr. Chang's compliance with his conditions of probation is to his credit, such compliance is expected and does not constitute exceptional circumstances warranting early termination. Mr. Chang has served less than half of the Court's sentence. And given the serious nature of the offense, the need to promote respect for the law, and the need for general deterrence, early termination of Mr. Chang's probation would not be consistent with the § 3553(a) factors or the interests of justice, as required for early termination of probation under 18 U.S.C. § 3564(c).

In addition, Mr. Chang has offered no evidence that the terms of his probation are onerous.

While the government would not oppose a transfer of Mr. Chang's supervision, the government respectfully requests that the Court deny his motion for early termination of probation.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:     /s/
        Robert Juman
        Assistant United States Attorney
        Bar No. NJ 033201993
        United States Attorney's Office, Detailee
        555 Fourth Street, N.W.
        Washington, DC 20530
        Phone: (786) 514-9990
        E-mail: Robert.juman@usdoj.gov